1  SEYFARTH SHAW LLP
   Joshua M. Henderson (SBN 197435)
2  jhenderson@seyfarth.com
   560 Mission Street, 31st Floor
3  San Francisco, California 94105
   Telephone:  (415) 397-2823
4  Facsimile:   (415) 397-8549

5  Kristen M. Agnew (SBN 247656)
   kagnew@seyfarth.com
6  333 S. Hope Street, Suite 3900
   Los Angeles, California 90071
7  Telephone:  (213) 270-9600
   Facsimile:   (213) 270-9601
8
   Attorneys for Defendants
9  PAYCHEX NORTH AMERICA, INC.
   (erroneously named in the First Amended
10 Complaint as "PAYCHEX, INC.") and
   MATTHEW WAGGONER
11
   T. JOSHUA RITZ & ASSOCIATES
12 ATTORNEYS-AT-LAW
   T. Joshua Ritz (SBN 172364)
13 jritz@rrhllp.com
   14724 Ventura Blvd Suite 510
14 Sherman Oaks CA 91403
   Telephone:  (818)788.1123
15
   Attorneys for Plaintiff
16 NEIMAN FAHNESTOCK

17

18                    UNITED STATES DISTRICT COURT
19                   CENTRAL DISTRICT OF CALIFORNIA
20

21

22 | NEIMAN FAHNESTOCK,                  | Case No. 2:13 CV6759 BRO JEMx
23 |        Plaintiff,                   | **[PROPOSED] PROTECTIVE ORDER APPROVING THE STIPULATION REGARDING THE HANDLING OF CONFIDENTIAL DOCUMENTS AND INFORMATION**
24 |    v.                               |
25 | PAYCHEX, INC., a Delaware Corporation, MATTHEW WAGGONER, an individual, and DOES 1 through 100, inclusive, |
26 |                                     |
27 |        Defendants.                  |
28

[Proposed] Order Approving Stipulation Re Confidentiality- Case No. 2:13 CV6759 BRO JEMX

## ORDER

Based upon the Stipulation Regarding the Handling of Confidential Documents and Information filed herewith, and good cause appearing therefor,

IT IS HEREBY ORDERED that the meanings and provisions contained in the foregoing Stipulation concerning the use and/or disclosure of Confidential Information shall be effective as to all parties for the purposes of this litigation.

Dated: February 28, 2014

_John E. McDermott_
United States Magistrate Judge

16882709v.1