UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIMAN FAHNESTOCK,<br><br>            Plaintiff,<br><br>    v.<br><br>PAYCHEX, INC., a Delaware Corporation, MATTHEW WAGGONER, an individual, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 2:13-CV-6759 BRO JEMx<br><br>[Judge Beverly Reid O'Connell Courtroom 14]<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS** |

1   This matter came on for hearing on August 15, 2014, at 9:00 a.m., the Honorable
2   Beverly Reid O'Connell, United States District Judge presiding, on a Motion for
3   Summary Judgment or, in the Alternative, Partial Summary Judgment filed by
4   Defendants Paychex North America, Inc. (named in the operative complaint as
5   "Paychex, Inc.") and Matthew Waggoner (collectively, "Defendants").
6   Counsel for the parties stated their appearances for the record: T. Joshua Ritz for
7   the Plaintiff Neiman Fahnestock ("Plaintiff"), and Joshua M. Henderson and Kristen
8   Agnew for Defendants.  Having considered all materials filed in support of and in
9   opposition to the Motion, and having considered the arguments of counsel, and good
10  cause appearing therefor,
11  **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment be
12  entered in favor of Defendants on all claims alleged by Plaintiff in the action.  Plaintiff's
13  First Amended Complaint and all claims are dismissed in their entirety with prejudice.
14  Defendants are entitled to costs and may file a bill of costs under Central District Local
15  Rule 54.

17  **IT IS SO ORDERED.**

18  Dated:  August 29, 2014  _____
19                             HONORABLE BEVERLY REID O'CONNELL
20                             UNITED STATES DISTRICT COURT JUDGE

17774215v.1

1
JUDGMENT IN FAVOR OF DEFENDANTS
Case No. 2:13-CV-6759 BRO JEMx